

# THE THIRTEENTH COURT OF APPEALS

13-19-00133-CV

Esequiel De La Paz
v.
Ofelia Gutierrez

On appeal from the
105th District Court of Kleberg County, Texas
Trial Cause No. 18-290-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's orders and dismisses the case for want of jurisdiction. The Court orders the orders VACATED and the case DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 29, 2019